IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KERRY ALLISON, Individually and on behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>DR PEPPER BOTTLING COMPANY OF TEXAS,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 3-05CV1325-N<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL WITH PREJUDICE

On the this day came on to be heard Plaintiffs' Motion to Dismiss with Prejudice the Defendant in the above styled and numbered cause. It appears to the Court that the Motion should be granted. IT IS, THEREFORE,

ORDERED, that Plaintiffs' causes of action against Defendant Dr Pepper Bottling Company of Texas are hereby dismissed with prejudice to their rights to reinstate the same, and that court costs are hereby taxed against the party incurring the same.

SIGNED December 29, 2006.

_David C Godbey_
JUDGE PRESIDING